UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL SELLIE,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. C04-2247RSM<br><br>TAXATION OF COSTS |

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF EARL SELLIE , and on behalf of DEFENDANT THE BOEING COMPANY in the amount of $3,212.23  as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $3,176.83 | 0 | $3,176.83 |

Clerk allowed as taxable costs those expenses incurred for depositions actually used by either party in support of or in opposition to the summary judgment motion.

| | | | |
|---|---|---|---|
| II.  COPY COSTS | $909.10 | $873.70 | $35.40 |

Clerk allowed costs for deposition exhibits. Costs for producing copies of discovery materials and paper copies of electronically filed pleadings are not taxable.

Plaintiff contends that the Motion for Costs was not filed within 20 days of the entry of judgment.

TAXATION OF COSTS -- 1

1  Judgment in this case was entered on January 18, 2006 not on January 17th as suggested by counsel. The
2  Motion for Costs was timely filed.

       Dated this ____17th____ day of FEBRUARY, 2006 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2